UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

Donald C. Darnell                            Case #22-41803--mlo
                                                         Chapter 7
                                                         Judge: Maria L. Oxholm

                          Debtor(s)
_____/

## ORDER REQUIRING SUPPLEMENT TO APPLICATION FOR FEES

       Kimberly Ross Clayson, Subchapter V Trustee for Donald C. Darnell, Debtor, filed a Subchapter V Trustee's Application for Order Approving Fees for services rendered March 14, 2022, through January 31, 2023. Upon review of the application, there is a discrepancy between the hourly rate specified in the Verified Statement of the Subchapter V Trustee (ECF No. 259, pg. 10) and the hourly rate specified in the Summary of Subchapter V Trustee Fees (ECF No. 259, pg. 14),

       Accordingly, **IT IS HEREBY ORDERED** that the applicant shall file a supplement regarding the rate charged as compared to the rate stated in the verified statement by **April 14, 2023**.

**Signed on March 31, 2023**

                                                 /s/ Maria L. Oxholm
                                                 **Maria L. Oxholm**
                                                 **United States Bankruptcy Judge**