# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:  Case No. 22-41803
 Judge Maria L. Oxholm
Donald C. Darnell, Chapter 7

_____Debtor._____

## ORDER APPROVING APPLICATION FOR
## COMPENSATION FOR SUBCHAPTER V TRUSTEE

This matter came before the Court upon the Application of Kimberly Ross Clayson, Chapter 11 Subchapter V Trustee, all interested parties having been served with notice of the application and the provisions of E.D. Mich. LBR 2016-1 having been met, no objections to the application having been received and a certification of no responses having been filed, the Subchapter V Trustee having, pursuant the court's order at ECF No. 281, filed a further declaration and supplement regarding the Application [ECF No. 393] in which the Subchapter V Trustee agreed to accept fees in the amount of $10,080.00 reduced from the Application request of $11,088.00, and the Court being otherwise fully advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court grants Applicant's current fee application as follows:
   This award for fees:     $  10,080.00
   This award of costs:     $     297.73

   **TOTAL AWARD:**         $  10,377.73

2. This award covers services rendered and expenses incurred during the time period of March 14, 2022 through January 31, 2023.

**Signed on September 1, 2023**

/s/ Maria L. Oxholm
**Maria L. Oxholm
United States Bankruptcy Judge**