UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Donald C. Darnell,                    Case No. 22-41803-MLO
                                                    Chapter 7
           Debtor.                          Hon. Maria L. Oxholm
_____/

## ORDER COMPELLING DARNELL'S GARAGE, LLC AND SUPERFLY GARAGE, LLC TO PRODUCE DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004

This matter has come before the Court on the Trustee's motion [ECF No. 451]. Notice of the motion was served on the Donald C. Darnell, as Debtor and Resident Agent for Darnell's Garage, LLC and Resident Agent for Superfly Garage, LLC, and no response was timely filed or served. The Court is fully advised in the premises.

IT IS ORDERED as follows:

A.      Darnell's Garage, LLC shall deliver the following documents to Steinberg Shapiro & Clark no later than April 30, 2024:

       1.      Monthly Financial Statements for the period March 2021 – March 2024.

       2.      Monthly Bank Statements for the period March 2021 – March 2024.

       3.      Detail for each deposit, including deposit slips, wire transfer supporting documentation, copies of checks and invoices being paid.

B. Superfly Garage, LLC shall deliver the following documents to Steinberg Shapiro & Clark no later than April 30, 2024:

1. Monthly Financial Statements for the period March 2021 – March 2024.

2. Monthly Bank Statements for the period March 2021 – March 2024.

3. Detail for each deposit, including deposit slips, wire transfer supporting documentation, copies of checks and invoices being paid.

**Signed on April 26, 2024**



/s/ Maria L. Oxholm

**Maria L. Oxholm**
**United States Bankruptcy Judge**